

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Estate of Billy Wayne Phillips, Deceased

No. 06-22-00092-CV

Appeal from the County Court at Law No. 2 of Hunt County, Texas (Tr. Ct. No. 18697). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Billie Kimberly Hudson, pay all costs incurred by reason of this appeal.

RENDERED APRIL 12, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk